**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 OCT 26  A 8: 48

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No: 1:17-CV-1224 |
| v. | ) ) |
| JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, | ) ) **FILED UNDER SEAL PURSUANT TO** ) **LOCAL RULE 5** ) ) |
| Defendants. | ) ) ) ) |

**BRIEF IN SUPPORT OF MICROSOFT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: MICROSOFT'S TRO APPLICATION**

Pursuant to Fed. R. Civ. P. 7 and Local Civil Rule 7(f)(3), Microsoft hereby moves for leave to exceed the page limits for its Brief In Support of Application for an Emergency Ex Parte Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.

Contemporaneously with the filing of this Motion, Microsoft is filing an Application for an Emergency Ex Parte Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (the "TRO Application"). Microsoft's brief in support of the TRO Application is 40 pages.

Under Local Rule 7(f)(3), briefs are generally limited to 30 pages. Because of the complexity of the issue presented in this case, however, Microsoft cannot fully explain the factual and legal bases for its TRO Application within the 30-page limit. Accordingly, Microsoft

respectfully requests that this Court grant leave to exceed the page limits imposed by Local Civil Rule 7. Microsoft is filing this Motion for Leave to Exceed Page Limits contemporaneously with the filing of their case-initiating documents and TRO Application because of the urgent nature of these proceedings, the need for emergency relief, and the importance of maintaining confidentiality regarding the relief Microsoft requests from the Court.

The Court may, in its discretion, grant leave to a party to exceed the page limit set forth in Local Civil Rule 7 and consider the party's brief in its entirety. *See, e.g., Harrison v. Prince William County Police Dep't,* 640 F. Supp. 2d 688, 700 (E.D. Va. 2009) (enlarging page limit given unusual procedural posture of the case). Here, because of the substantial public interest involved, the nature of the relief requested, and the complexity of Defendants' unlawful conduct, enlargement of the page limitation is critical to permitting Microsoft a full opportunity to describe the extensive technical factual predicate for its TRO Application.

Microsoft is submitting extensive evidence in support of its TRO Application that must be set forth in detail in the supporting brief. In particular, Microsoft is submitting detailed technical declarations and other evidence related to the following: (1) the tactics used by Defendants for cybercriminal operations; (2) the complex methodology for infecting and remotely interfering with the victim's computers; (3) the harmful effects of Defendants' behavior on Microsoft, its customers, and the general public; and (4) the irreparable harm suffered by Microsoft and its customers as a result of Defendants' actions. In order to fully explain the significance of this evidence, Microsoft requires more than 30 pages of briefing.

Accordingly, given the technical issues presented in this case and the *ex parte* nature of the TRO Application, Microsoft respectfully requests relief from Local Civil Rule 7's page

- 3 -

limitation so that Microsoft can provide the Court with the information it needs to rule on the merits of the TRO Application.

## CONCLUSION

For the reasons stated, Microsoft requests leave to exceed the page limits set forth in Local Civil Rule 7 and asks that the Court consider Microsoft's brief in support of its TRO Application in its entirety.

Dated: October 26, 2017    Respectfully submitted,

ALSTON & BIRD LLP

_/s/ David Mohl_

DAVID MOHL
Va. State Bar No. 84974
Attorney for Plaintiff Microsoft Corp.
ALSTON & BIRD LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Fax:         (202) 239-3333
Email: david.mohl@alston.com

Of counsel:

MICHAEL ZWEIBACK (*pro hac vice* application pending)
ERIN COLEMAN (*pro hac vice* application pending)
Attorney for Plaintiff Microsoft Corp.
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1000
Fax:         (213) 576-1100
michael.zweiback@alston.com
erin.coleman@alston.com

KIMBERLY K. PERETTI (*pro hac vice* application pending)
Attorney for Plaintiff Microsoft Corp.
ALSTON & BIRD LLP
950 F St NW
Washington, DC 20004
Telephone:  (202) 239-3300
Fax:         (202) 239-3333
kimberly.peretti@alston.com

RICHARD DOMINGUES BOSCOVICH (*pro hac vice* application pending)
Attorney for Plaintiff Microsoft Corp.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:         (425) 936-7329
rbosco@microsoft.com