IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS,<br><br>Defendants. | Civil Action No: 1:17-cv-01224<br><br>FILED UNDER SEAL PURSUANT TO LOCAL RULE 5 |

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: MICROSOFT'S TRO APPLICATION**

Before the Court is Microsoft's Motion For Leave to Exceed the 30-page limit on briefs imposed by Local Civil Rule 7. Upon consideration of Microsoft's Motion and the entire record herein, good cause having been shown, Microsoft's motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

DATED: 10/27/17

/s/ _____
T. S. Ellis, III
United States District Judge